IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY LEE HUNTER,                              6:12-CV-00630-BR

       Plaintiff,                          JUDGMENT OF REMAND

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,

       Defendant.


**BROWN, Judge.**

    Based on the Court's Opinion and Order (#17) issued
May 31, 2013, the Court hereby **REMANDS** this matter to the above
administrative agency for further administrative proceedings.

    DATED this 31st day of May, 2013.


                    /s/ Anna J. Brown
                    _____
                    ANNA J. BROWN
                    United States District Judge


1 - JUDGMENT OF REMAND